IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ARISTIDES JURADO, et al.,

      Plaintiffs,

  v.                                  Case No. 2:15-cv-74
                                         JUDGE GREGORY L. FROST
AMY C. STONE, et al.,               Magistrate Judge Terence P. Kemp

      Defendants.

## ORDER

      This matter is before the Court for consideration of Plaintiffs' motion for an extension of time. (ECF No. 9.) In this filing, Plaintiffs request a three-day extension in which to file an amended motion for injunctive relief. Plaintiffs also indicate that they will soon be filing an amended complaint. Alternatively, Plaintiffs indicate that, in the absence of an extension, they voluntarily withdraw the pending motion for injunctive relief. (ECF No. 2.)

      This Court cannot extend the deadline for filing an amended motion for injunctive relief because no such deadline exists. The Court never set such a deadline, but only set a briefing schedule related to the pending motions and a non-oral hearing date. It therefore appears that what Plaintiffs are really asking is for this Court to hold in abeyance all pending motions so that Plaintiffs have time to file new documents before this Court renders any decisions. In light of Plaintiffs' representation in their motion that "most of the controversies in the pending [motion for injunctive relief] may be moot or the main facts have substantially changed" and given Plaintiffs' assertion that they will be filing new documents, it makes the most sense to permit Plaintiffs to voluntarily withdraw their motion for injunctive relief so that they can proceed on a motion based on the present facts. (ECF No. 9, at Page ID # 449.)

Accordingly, the Court **DENIES** the motion for an extension (ECF No. 9) and accepts Plaintiffs' voluntary withdrawal of their motion for injunctive relief (ECF No. 2). The Clerk shall designate the motion for injunctive relief as withdrawn and remove the motion as a pending motion on the docket. The Court will proceed to rule on the pending motion to dismiss (ECF No. 6) unless Plaintiffs file an amended complaint by February 17, 2015.

**IT IS SO ORDERED.**

       /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE